# UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 915 LAFAYETTE BOULEVARD
### BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 8, 2004

Andrew B. Bowman
Law Offices of Andrew Bowman
1804 Post Road East
Westport, CT 06880

Re: Case Name: USA v Ronald Cerreta
Number: 3:01cr192 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

Defendant's Exhibits 2,3,4,5

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY /s/  Alice Montz
Alice Montz
Deputy Clerk

ACKNOWLEDGMENT: _____     DATE: _____