# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. RONALD CERRETTA                                     FILED   Docket No. 3:01CR00192(SRU)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Ronald Cerretta who was sentenced to 30 months incarceration, followed by three years supervised release for a violation of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), by the Honorable Stefan R. Underhill, United States District Judge sitting in the court in Bridgeport, Connecticut on August 28, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall, upon release and within 72 hours of any change in address, register with the local police department as a convicted sex offender, and alert them to the fact that he is presently being supervised by the United States Probation Office. 2) The defendant shall participate in a mental health counseling program which shall include sex offender treatment with a therapist who is certified as a specialist in the treatment of problem sexual behavior. 3) The defendant shall submit to the probation officer and/or probation service representative conducting periodic unannounced examinations of the defendant's computer equipment, which may include retrieval and copying of all data from the computer and any internal or external peripherals to ensure compliance with the condition that defendant did not view any child pornography during the period of supervised release. In addition, defendant shall submit to the placement or installation on the defendant's computer, at the defendant's expense, of hardware or software systems to monitor defendant's computer use and, 4) The defendant shall make payments toward his $6,000 fine at the rate of $200 per month. Mr. Cerretta commenced his three year term of supervised release on November 24, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The following modification is recommended to comply with Second Circuit case law requiring special condition # 3.

On November 3, 2005, the defendant stated that he had recently spoken with his attorney, Andrew Bowman, who had no objection to this modification.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

"The defendant is not to use a computer, Internet-capable device or similar electronic device to access child pornography or to communicate with any individual or group for the purpose of promoting sexual relations with children. The defendant shall consent to the use of any computer program which shall monitor suspect computer use on any computer owned or controlled by the defendant. The program(s) used will be designed to identify, for the Probation Office, only the viewing, downloading, uploading, transmitting, or otherwise using images or content of a sexual nature ("Suspect Computer Use"). Suspect Computer Use shall be identified by the installed program and/or the Probation Office through the screening of the defendant's computer usage for certain key words, phrases, and images. The defendant shall pay all or a portion of the costs associated with computer monitoring based on the defendant's ability to pay as determined by the probation officer.

**ORDER OF COURT**                                          Respectfully Submitted,

Considered and ordered this  18th
day of November 2005  and ordered filed and made a part of    Patrick D. Norton
the records in the above case.                                United States Probation Officer

                                                            Place:  Bridgeport, Connecticut
The Honorable Stefan R. Underhill
United States District Judge                                Date:   November 3, 2005